UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DOMINIC GREEN,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br>Administration,<br><br>　　　　　　Respondent. | Case No. 1:11-cv-00332-CWD<br><br>**JUDGMENT** |

　　　　Pursuant to the Court's Memorandum Decision and Order which AFFIRMED the Commissioner's decision finding that Petitioner is not disabled within the meaning of the Social Security Act, Judgment is hereby entered in favor of the RESPONDENT and the case is DISMISSED with prejudice.



DATED: September 24, 2012

_____

Honorable Candy W. Dale
Chief United States Magistrate Judge

**JUDGMENT - 1**